**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Macmurtrie, | No. CV-20-00412-TUC-JCH (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

    Before the Court is Plaintiff's "Motion for Attorney Fees Under 42 U.S.C. § 406(b)." Doc. 36. The Motion is fully briefed, and the Commissioner does not object. *See* Docs. 37, 38. Plaintiff's requested fees of $12,000 are reasonable under 42 U.S.C. § 406(b). *See Gisbrecht v. Barnhart*, 535 U.S. 789 (2002).

    Therefore,

    **IT IS ORDERED GRANTING** Plaintiff's Motion (Doc. 36). Under U.S.C. § 406(b), reasonable fees in the amount of $12,000 are hereby awarded to Plaintiff's attorney, John E. Phillips. Previously this Court awarded Plaintiff EAJA fees of $2,046.40, to be paid by the government and not out of Plaintiff's past-due benefits. Plaintiff's attorney is to refund the lesser of the two fees.

    Dated this 22nd day of May, 2023.

Honorable John C. Hinderaker
United States District Judge